# Exhibit 2

Infringement Claim Chart for U.S. Pat. No. US7130430B2 v. Pioneer Electronics (USA) INC. ("Defendant")

(See Accused Product List at end of chart for models)

| Claim 3 | Evidence |
|---|---|
| 3. A speaker system for producing localized regions of sound comprising: | The SBX-101 soundbar is speaker a system for producing localized regions of sound.<br><br>For example, the SBX-101 soundbar produces a surround sound effect. The surround sound effect causes a listener facing the soundbar to perceive that sound emanating from the soundbar is originating at a location behind and to the left of the listener, referred to as surround left, and at another location behind and to the right of the listener, referred to as surround right.<br><br>**Features**<br>Not feeling a complete movie experience? Popular Music Video sounds dull and soft? It's time to upgrade the sound system for your TV! With the latest Pioneer Speaker Bar System SBX-101, it delivers big,immersive sound in a relatively affordable package, making it worthy of your living room, no matter what your needs are. Whether you're watching an explosive action movie or just kicking back with some music,the SBX-101 has enough deep bass and crisp highs to make all of your media shine. Although the SBX-101 has a slim and lightweight design, it provides stunning sound,and a wide range of connectivity for most TV and AV products in the market to maximize compatibility. With a wireless connected subwoofer, the position of the speaker can be more flexible. You can easily play music files via the USB interface. In addition, with the built-in Bluetooth® function, you can also stream music from your smart phone with ease. |

1

| | |
|---|---|
| | **Dolby Audio™ technology makes the sound more immersive**<br><br>Dolby Audio™ technology from Dolby Laboratories is designed to restore digital movie audio at home to the audio quality close to that of commercial cinemas. This allows users to stay at home while at the same time enjoying the harmonious and powerful sounds of movies and TV shows where both the audio and visual elements can be more fully experienced. Dolby Audio™ technology also allows 5.1-channel surround sound to be immediately remixed and converted to sound output suitable for a speaker bar configuration.<br><br>Source: https://intl.pioneer-audiovisual.com/products/home_theater_system/sbx-101/specification.php |
| a multiplicity of audio frequency speakers; | The SBX-101 soundbar includes a multiplicity of audio frequency speakers.<br><br>For example, the SBX-101 soundbar includes five audio speakers positioned along a front face of the soundbar.<br><br>**Dolby Audio™ technology makes the sound more immersive**<br><br>Dolby Audio™ technology from Dolby Laboratories is designed to restore digital movie audio at home to the audio quality close to that of commercial cinemas. This allows users to stay at home while at the same time enjoying the harmonious and powerful sounds of movies and TV shows where both the audio and visual elements can be more fully experienced. Dolby Audio™ technology also allows 5.1-channel surround sound to be immediately remixed and converted to sound output suitable for a speaker bar configuration.<br><br>Source: https://intl.pioneer-audiovisual.com/products/home_theater_system/sbx-101/specification.php |

| | |
|---|---|
| | **Specifications**<br><br>| Product name | Speaker Bar System |<br>| Model | SBX-101 |<br>| Power supply | Speaker Bar rating AC100-240V,50/60Hz |<br>| | Wireless Subwoofer rating AC100-240V,50/60Hz |<br>| Speaker impedance | Speaker Bar 6 Ω ×2, Wireless Subwoofer 6 Ω |<br>| Outside dimensions (W × H × D) | Speaker Bar: 880 mm × 55 mm × 80 mm |<br>| | Wireless Subwoofer: 200 mm × 292 mm × 230 mm |<br>| Net weight | 4.59 kg |<br>| Maximum output level* | Speaker Bar: 30 W + 30 W |<br>| | Wireless Subwoofer: 48W |<br>| Input — USB | USB 2.0 |<br>| Input — OPTICAL | OPTICAL |<br>| Input — LINE IN | 3.5 mm stereo socket |<br>| Input — AUX IN | RCA(L/R) |<br>| Compatible formats | Dolby®Digital, Linear PCM, MP3, AAC, WMA, FLAC |<br>| Bluetooth — Version | Version 2.1+EDR |<br>| Bluetooth — Transmission output power | Class 2 |<br>| Bluetooth — Maximum transmission distance | Prospect target distance: Approx. 10 m (depending on the environment) |<br>| Bluetooth — Supported profile | A2DP |<br>| Bluetooth — Frequency band | 2.4 GHz band |<br>| Operating temperature range | 5ºC to 40ºC |<br><br>* The data is in test mode<br><br>Source: https://intl.pioneer-audiovisual.com/manuals/docs/pioneer_SBX101_Manual_2017.08.08.pdf |
| at least one defined sound target spaced from each of the speakers of the multiplicity of speakers, wherein each | The SBX-101 soundbar has at least one defined sound target spaced from each of the speakers of the multiplicity of speakers. Each speaker has a means for applying a time varying audio drive voltage which is substantially identical, except that each audio drive voltage is offset in time by an amount which is related to the distance between each speaker and the defined sound target. So that substantially identical sound from each speaker reaches the sound target at the same time.<br><br>For example, each of the speakers is connected to an audio amplifier. A surround left |

3

| | |
|---|---|
| speaker has a means for applying a time varying audio drive voltage which is substantially identical, except that each audio drive voltage is offset in time by an amount which is related to the distance between each speaker and the defined sound target, so that substantially identical sound from each speaker reaches the sound target at the same time; and | channel signal is provided to each speaker via the speaker's respective amplifier. The surround left channel is delayed slightly for speakers on the listener's left compared to speakers on the listener's right. The amount of delay is such that sound waves emanating from each of the speakers reach the surround left location at the same time, thereby interfering constructively to produce a resultant sound wave having peak spatial amplitude at the surround left location. When this wave reflects back to the listener, the listener perceives that the sound originated from the surround left location.<br><br>**Dolby Audio™ technology makes the sound more immersive**<br><br>Dolby Audio™ technology from Dolby Laboratories is designed to restore digital movie audio at home to the audio quality close to that of commercial cinemas. This allows users to stay at home while at the same time enjoying the harmonious and powerful sounds of movies and TV shows where both the audio and visual elements can be more fully experienced. Dolby Audio™ technology also allows 5.1-channel surround sound to be immediately remixed and converted to sound output suitable for a speaker bar configuration.<br><br>**AMPLIFICATION**<br><br>• Type: Class D<br>• Channels: 2.1<br>• Max. Power Output: Total 108 W (Speaker Bar + Wireless Subwoofer)<br><br>Source: https://intl.pioneer-audiovisual.com/products/home_theater_system/sbx-101/specification.php |

| wherein the means for applying a time varying audio drive voltage includes a class D amplifier. | The means for applying a time varying audio drive voltage includes a class D amplifier.<br><br>For example, each amplifier connected to a speaker is a class D audio amplifier.<br><br>**AMPLIFICATION**<br>- Type: Class D<br>- Channels: 2.1<br>- Max. Power Output: Total 108 W (Speaker Bar + Wireless Subwoofer)<br><br>Source: https://intl.pioneer-audiovisual.com/products/home_theater_system/sbx-101/specification.php |
|---|---|

**Accused Product List**
SBX-101 Speaker Bar System
SBX-301 Speaker Bar System
SBX-D201 2.1-Channel Speaker Bar System
SP-SB23W 2.1ch Speaker Bar System
SBX-N700 Network AV Speaker Bar System
SBX-N500 Network AV Speaker Bar System
SBX-B70 2.2-Channel Network Speaker Base
SBX-B30 2.2-Channel Music Speaker Base
SBX-300 2.1-Channel Speaker Bar System

**References**

[1] SBX-101 Speaker Bar System
https://intl.pioneer-audiovisual.com/products/home_theater_system/sbx-101/specification.php

5

[2] SBX-101 Speaker Bar System - Datasheet
https://intl.pioneer-audiovisual.com/find_by_category/docs/SBX-101_spec_sheet_final.pdf

[3] SBX-101 Speaker Bar System – Instruction Manual
https://intl.pioneer-audiovisual.com/manuals/docs/pioneer_SBX101_Manual_2017.08.08.pdf

[4] Home Theater / Speaker Bar
https://intl.pioneer-audiovisual.com/products/home_theater_system/

[5] SBX-301 Speaker Bar System
https://intl.pioneer-audiovisual.com/products/home_theater_system/sbx-301/index.php

[6] SBX-D201 2.1-Channel Speaker Bar System
https://intl.pioneer-audiovisual.com/products/home_theater_system/sbx-d201/index.php

[7] SP-SB23W 2.1ch Speaker Bar System
https://intl.pioneer-audiovisual.com/products/home_theater_system/sp-sb23w/index.php

[8] SBX-N700 Network AV Speaker Bar System
https://intl.pioneer-audiovisual.com/products/home_theater_system/sbx-n700/index.php

[9] SBX-N500 Network AV Speaker Bar System
https://intl.pioneer-audiovisual.com/products/home_theater_system/sbx-n500/index.php

[10] SBX-B70 2.2-Channel Network Speaker Base
https://intl.pioneer-audiovisual.com/products/home_theater_system/sbx-b70/

[11] SBX-B30 2.2-Channel Music Speaker Base
https://intl.pioneer-audiovisual.com/products/home_theater_system/sbx-b30/index.php

[12] SBX-300 2.1-Channel Speaker Bar System
https://intl.pioneer-audiovisual.com/products/home_theater_system/sbx-300/index.php