AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| Patent Armory Inc. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Pioneer Electronics (USA) Inc. <br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 23-781 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Pioneer Electronics (USA) Inc.
               c/o Corporation Service Company
               251 Little Falls Drive
               Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John C. Phillips, Jr.
                                  Megan C. Haney
                                  1200 N. Broom Street
                                  Wilmington, DE 19806
                                  (302) 655-4200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:      07/18/2023                                                    /s/ Randall C. Lohan

                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-781

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Pioneer Electronics (USA) Inc.

was received by me on *(date)*        07/18/2023        .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Lynanne Gares- Authorized to Accept        , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporation Service Company

251 Little Falls Dr., Wilmington, DE 19808   @ 3:50 p.m.   on *(date)*        07/18/2023      ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: ____07/19/2023____

_____
*Server's signature*

John Garber - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
_____
*Server's address*

Additional information regarding attempted service, etc: