# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Patent Armory Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**Pioneer Electronics (USA) Inc.,**<br><br>Defendant. | Case No. 1:23-cv-00781-GBW<br><br>Patent Case<br><br>Jury Trial Demanded |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Patent Armory Inc. hereby dismisses this action **without prejudice**. Defendant Pioneer Electronics (USA) Inc. has not yet answered the Complaint or moved for summary judgment.

Date: July 28, 2023

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice forthcoming*)
600 Mamaroneck Ave STE 400
Harrison, NY 10528
Tel. (773) 669-4590
issac@rabilaw.com

***Attorneys for Plaintiff
Patent Armory Inc.***

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE